UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6526-STRAUSS

UNITED STATES OF AMERICA

vs.

JAYSON GUTIERREZ,

Defendant.
_____/

FILED BY_____D.C.

SEP 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Court to unseal the criminal complaint because the defendant was arrested on September 17, 2021.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
(954) 660-5693 . Office
donald.chase@usdoj.gov Email